**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Josephine Lopez                                CHAPTER 7
                    Debtor(s)

                                                BKY. NO. 23-12587 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of VILLAGE CAPITAL & INVESTMENT LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Mark A. Cronin
                                        Mark Cronin
                                        07 Sep 2023, 15:26:21, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322