United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 23-12587-mdc
Josephine Lopez | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Dec 22, 2023      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Josephine Lopez, 2447 Knights Road, Bensalem, PA 19020-3403 |
| 14810905 | | K. Jordan, PO Box 397, Trumbauersville, PA 18970-0397 |
| 14810924 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2023 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 23 2023 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14810894 | + | EDI: WFNNB.COM | Dec 23 2023 04:38:00 | Comenity Capital/JJIlls, Po Box 182120, Columbus, OH 43218-2120 |
| 14810893 | + | EDI: WFNNB.COM | Dec 23 2023 04:38:00 | Comenity Capital/JJIlls, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14810896 | + | EDI: WFNNB.COM | Dec 23 2023 04:38:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14810895 | + | EDI: WFNNB.COM | Dec 23 2023 04:38:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14810897 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2023 23:47:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14810898 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2023 23:47:19 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14810900 | + | EDI: DISCOVER | Dec 23 2023 04:38:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14810899 | + | EDI: DISCOVER | Dec 23 2023 04:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14810902 | | Email/Text: BNSFN@capitalsvcs.com | Dec 22 2023 23:44:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14810901 | | Email/Text: BNSFN@capitalsvcs.com | Dec 22 2023 23:44:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14810903 | + | EDI: PHINGENESIS | Dec 23 2023 04:38:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14810904 | + | EDI: PHINGENESIS | Dec 23 2023 04:38:00 | Genesis FS Card Services, Po Box 4499, |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Beaverton, OR 97076-4499 |
| 14810906 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 23:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14810907 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 23:43:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14810909 | + | EDI: LENDNGCLUB | Dec 23 2023 04:38:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 14810908 | + | EDI: LENDNGCLUB | Dec 23 2023 04:38:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14810910 | | Email/Text: ml-ebn@missionlane.com | Dec 22 2023 23:43:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14810911 | | Email/Text: ml-ebn@missionlane.com | Dec 22 2023 23:43:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 14810912 | + | EDI: AGFINANCE.COM | Dec 23 2023 04:38:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14810913 | + | EDI: AGFINANCE.COM | Dec 23 2023 04:38:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14810916 | + | EDI: SYNC | Dec 23 2023 04:38:00 | Syncb/Walgreens, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14810915 | + | EDI: SYNC | Dec 23 2023 04:38:00 | Syncb/Walgreens, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14810918 | + | EDI: SYNC | Dec 23 2023 04:38:00 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14810917 | + | EDI: SYNC | Dec 23 2023 04:38:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14810919 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 22 2023 23:44:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14810921 | | Email/Text: bknotice@upgrade.com | Dec 22 2023 23:43:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 14810920 | | Email/Text: bknotice@upgrade.com | Dec 22 2023 23:43:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14810923 | | Email/Text: bk@villagecapital.com | Dec 22 2023 23:43:00 | Village Capital & Investments, Llc, 2550 Paseo Verde Parkway, Henderson, NV 89074 |
| 14810922 | | Email/Text: bk@villagecapital.com | Dec 22 2023 23:43:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14810914 | | Pascual Lopez |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 318 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| MARK A. CRONIN | on behalf of Creditor Village Capital & Investment LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Josephine Lopez support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Josephine Lopez<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0760<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–12587–mdc | |

## Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Josephine Lopez

12/21/23                                                          **By the court:**  Magdeline D. Coleman
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**